**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 126 MM 2020 |
| Respondent | : | |
| v. | : | |
| ANDY IRIZARRY, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2020, in consideration of the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, this matter is REMANDED to the Court of Common Pleas of Lancaster County for it to consider and adjudicate Petitioner's claim that his direct appeal counsel abandoned him following the Superior Court's affirmance of Petitioner's judgment of sentence.  *See* Pa.R.A.P. 1113(d) (in the context of a request for reinstatement of allocatur rights, providing that, "[i]f the Court cannot determine whether *nunc pro tunc* relief is appropriate from the information provided, the Court may remand to the trial court for factual findings.").

    The Court of Common Pleas of Lancaster County is ORDERED to enter its order regarding this remand within 90 days and to notify this Court promptly of its decision.